IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STANLEY CURTIS SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04cv3170 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DOUGLAS COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on filing no. 84, the Motion for Extension of Time filed by the plaintiff, Stanley Curtis Smith. The plaintiff requests an extension of thirty days to file his third amended complaint, as he has recently been transferred to a different prison facility. Filing no. 84 is granted, and the plaintiff shall file his third amended complaint by January 13, 2006.

SO ORDERED.

DATED this 5th day of December 2005.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge